Joel E. Elkins (SBN 256020)
Email: jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*

*[Additional Counsel Listed Below]*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PARSHALL,  On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HERITAGE OAKS BANCORP, MICHAEL J. MORRIS, ALEXANDER F. SIMAS, DANIEL J. O'HARE, DEE LACEY, JAMES J. LYNCH, MARK C. FUGATE, MICHAEL J. BEHRMAN, MICHAEL E. PFAU, HOWARD N. GOULD, STEPHEN P. YOST, and PACIFIC PREMIER BANCORP, INC.,<br><br>Defendants. | Case No. 2:17-cv-01939-SVW-KS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>CLASS ACTION |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice.  Defendants have filed neither an answer nor a

motion for summary judgment in the Action, and plaintiff has not sought

certification of the putative class.

Dated: June 7, 2017                          **WEISSLAW LLP**

                                      By:   /s/ *Joel E. Elkins*
**OF COUNSEL:**                              Joel E. Elkins
                                             9107 Wilshire Blvd., Suite 450
**RIGRODSKY & LONG, P.A.**                   Beverly Hills, CA 90210
Seth D. Rigrodsky                            Telephone: 310/208-2800
Gina M. Serra                                Facsimile: 310/209-2348
2 Righter Parkway, Suite 120
Wilmington, DE 19803                         *Attorneys for Plaintiff*
(302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive,
Suite 3112
Berwyn, PA 19312
(484) 324-6800